APPENDIX A

This is not the official court record. Official records of court proceedings may only be
obtained directly from the court maintaining a particular record.

## Gage Zeller v. Lone Star Industries, Inc. d/b/a Buzzi Unicem USA, Inc.

| | |
|---|---|
| Case Number | 67C01-2108-CT-000383 |
| Court | Putnam Circuit Court |
| Type | CT - Civil Tort |
| Filed | 08/03/2021 |
| Status | 08/03/2021 , Pending  (active) |

## Parties to the Case

**Defendant** Lone Star Industries, Inc. d/b/a Buzzi Unicem USA, Inc.

| | |
|---|---|
| Address | c/o Registered Agent, Corporation Service Company |
| | 135 N Pennsylvania Street, Ste. 1610 |
| | Indianapolis, IN 46204 |
| Attorney | Louis Joseph Britton |
| | *#2775449, Retained* |
| | One Indiana Sq., Ste. 300 |
| | 211 N. Pennsylvania St. |
| | Indianapolis, IN 46204 |
| | 317-638-4521(W) |

**Plaintiff**    Zeller, Gage

| | |
|---|---|
| Address | 500 W. County Road 1200 N. |
| | Roachdale, IN 46172 |
| Attorney | John Patrick Daly Jr. |
| | *#1153449, Retained* |
| | 9450 N. Meridian Street, Suite 250 |
| | Indianapolis, IN 46260 |
| | 317-566-9600(W) |

## Chronological Case Summary

| 08/03/2021 | **Case Opened as a New Filing** | |
|---|---|---|

| 08/03/2021 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint for Damages and Jury Demand | |
| | Filed By: | Zeller, Gage |
| | File Stamp: | 08/03/2021 |

| 08/03/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance by Attorneys in Civil Case | |
| | For Party: | Zeller, Gage |
| | File Stamp: | 08/03/2021 |

| 08/03/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Defendant | |
| | Filed By: | Zeller, Gage |
| | File Stamp: | 08/03/2021 |

| 08/03/2021 | **Certificate of Issuance of Summons** |
|---|---|
| | Certificate of Issuance of Summons |
| | Filed By:          Zeller, Gage |
| | File Stamp:        08/03/2021 |

| 08/17/2021 | **Notice Filed** |
|---|---|
| | Notice of Proof of Service on Defendant |
| | Filed By:          Zeller, Gage |
| | File Stamp:        08/17/2021 |

| 09/13/2021 | **Appearance Filed** |
|---|---|
| | Appearance |
| | For Party:         Lone Star Industries, Inc. d/b/a Buzzi Unicem USA, Inc. |
| | File Stamp:        09/13/2021 |

| 09/13/2021 | **Petition Filed** |
|---|---|
| | Petition for Extension of Time |
| | Filed By:          Lone Star Industries, Inc. d/b/a Buzzi Unicem USA, Inc. |
| | File Stamp:        09/13/2021 |

| 09/13/2021 | **Order Issued** |
|---|---|
| | Order Granting Petition for Extension of Time. |
| | Order Signed:      09/13/2021 |

| 09/14/2021 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Issued ---- 9/13/2021 : John Patrick Daly;Louis Joseph Britton |

| 09/28/2021 | **Answer to a Complaint Filed** |
|---|---|
| | Defendant's Answer to Complaint |
| | Filed By:          Lone Star Industries, Inc. d/b/a Buzzi Unicem USA, Inc. |
| | File Stamp:        09/28/2021 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Zeller, Gage**

Plaintiff

Balance Due (as of 10/28/2021)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 08/03/2021 | Transaction Assessment | 157.00 |
| 08/03/2021 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

Case 2:21-cv-00408-JPH-MJD   Document 1-1   Filed 11/02/21   Page 3 of 24 PageID #: 8

| STATE OF INDIANA | ) | IN THE PUTNAM _____ COURT NO. __ |
| COUNTY OF PUTNAM | )SS:<br>) | CAUSE NO.:   **67C01-2108-CT-000383** |

| GAGE ZELLER, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LONE STAR INDUSTRIES, INC. | ) |
| d/b/a BUZZI UNICEM USA INC. | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES
### -AND-
## JURY DEMAND

Comes now the Plaintiff, Gage Zeller (hereinafter "GAGE"), by counsel, and for his claim for relief against the Defendant, Lone Star Industries, Inc., d/b/a Buzzi Unicem USA, Inc. (hereinafter "LONE STAR"), alleges and states as follows:

### FACTS COMMON TO ALL COUNTS

1.      At all times relevant hereto, Plaintiff was resident of the Town of Roachdale, County of Putnam, State of Indiana.

2.      At all times relevant hereto, Defendant, LONE STAR, was a Foreign For-Profit Corporation with its principal address at 100 Brodhead Road, Ste. 230, Bethlehem, PA 18017, and engaged in business in the County of Putnam, State of Indiana, doing business as Buzzi Unicem USA, Inc. with its registered agent located at Corporation Service Company, 135 N. Pennsylvania Street, Ste. 1610, Indianapolis, IN 46204.

3.      That at all times relevant hereto, LONE STAR occupied the premises and operated, managed, maintained, and/or controlled the land and structures at located at 3301 S. County Road 150 W., Greencastle, Indiana.

4.      LONE STAR had contracted with Newjac Industrial Fire Protection LLC for construction and repairs to be performed at Buzzi Unicem USA, Inc., 3301 S. County Road 150 W., Greencastle, Indiana.

## COUNT I - PREMISE NEGLIGENCE

COMES NOW, the Plaintiff, Gage Zeller, by counsel, and for Count I of his Complaint against the Defendant, LONE STAR, states and alleges as follows:

5.      On or about April 27, 2021, Plaintiff, GAGE, was employed by Newjac Industrial Fire Protection LLC, and was working on the construction project at Buzzi Unicem USA, Inc., 3301 S. County Road 150 W., Greencastle, Indiana.  GAGE was welding top clips to a roof decking and moving along deck seams, when he fell through a lap that was not supported by a truss. He fell through the decking and landed above a heated kiln, resulting in severe and permanent injuries.

6.      Defendant, LONE STAR, owed Plaintiff, GAGE, a duty based on his status as a business invitee, to exercise reasonable care to ensure its premises were reasonably safe for use by GAGE and other business invitees, which duty includes a duty to turn off or otherwise de-risk the kiln over which Gage was required to work.

7.      The Defendant, LONE STAR, breached its duties to business invitees, including GAGE.

8.      As a direct and proximate result of the Defendant's negligence the Plaintiff has suffered severe and permanent injuries; has incurred hospital, medical and prescription expenses; has lost wages; has suffered physical and emotional pain, has missed opportunities to enjoy life; and will continue to incur such losses and damages.

9.      As a direct and proximate result of the injuries sustained by Plaintiff and his effects, Plaintiff's quality of life was diminished.

2

10.     As a direct and proximate result of the carelessness and negligence of the Defendant, as aforesaid, Plaintiff has been otherwise damaged.

WHEREFORE, the Plaintiff, Gage Zeller, prays for judgment against the Defendant in an amount which will reasonably and fairly compensate him for all the losses and damages he has incurred to date and will incur in the future, for the cost of this action and for all other relief just and proper in the premises.

Respectfully submitted,

*/S/ John P. Daly, Jr., Esq.*
John P. Daly, Jr., Esq. #11534-49

## COUNT II AGAINST DEFENDANT – CONSTRUCTION SITE NEGLIGENCE

COMES NOW, the Plaintiff, Gage Zeller, by Counsel, and for Count II of his Complaint against LONE STAR, states and alleges as follows:

11.     The Plaintiff, GAGE, hereby incorporates, by reference, Rhetorical Paragraphs One (1) through Ten (10) of his Complaint, herein,

12.     That LONE STAR owed a duty to the employees of Newjac Fire Protection LLC, including GAGE, to provide a safe working environment; to establish and implement a safety protocol; to inspect the work site for hazards, dangers, and safety code violations; to correct hazards, dangers, and safety code violations existing; to not create dangerous conditions and not direct Plaintiff to engage in dangerous actions or create dangerous conditions on the property.

13.     The above-described incident was a direct and proximate result of the careless and negligent acts and omissions of the Defendant LONE STAR, which include, but are not limited to:

a.   Creating a hazardous condition;

3

b.   Failing to provide a safe work place;

c.   Failing to adequately inspect its premises for hazards, dangers and safety code violations;

d.   Failing to correct hazards, dangers and safety code violations existing on its premises; and

e.   Failing to maintain its premises in a reasonably safe condition for business invitees at the facility.

f.   Negligently hiring Newjac to perform dangerous work above a heated Kiln.

14.    As a direct and proximate result of the Defendant's negligence the Plaintiff has suffered severe and permanent injuries; has incurred hospital, medical and prescription expenses; has lost wages; has suffered physical and emotional pain, has missed opportunities to enjoy life; and will continue to incur such losses and damages.

15.    As a direct and proximate result of the injuries sustained by Plaintiff and his effects, Plaintiff's quality of life was diminished.

16.    As a direct and proximate result of the carelessness and negligence of the Defendant, as aforesaid, Plaintiff has been otherwise damaged.

WHEREFORE, the Plaintiff, Gage Zeller, prays for judgment against the Defendant in an amount which will reasonably and fairly compensate him for all the losses and damages he has incurred to date and will incur in the future, for the cost of this action and for all other relief just and proper in the premises.

Respectfully submitted,


*/S/ John P. Daly, Jr., Esq.*
John P. Daly, Jr., Esq. #11534-49

4

## **REQUEST FOR JURY TRIAL**

Plaintiff, by counsel, requests that this matter be tried by a Jury.

Respectfully submitted,

*/S/ John P. Daly, Jr., Esq.*

John P. Daly, Jr., Esq. #11534-49

**GOLITKO & DALY, PC**
9450 N. Meridian Street, Suite 250
Indianapolis, IN 46260
T:  (317) 566-9600
F:  (317) 566-9606
john@golitkodaly.com
***Counsel for Plaintiff***

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE PUTNAM _____ COURT NO. __ | |
| | )SS: | | |
| COUNTY OF PUTNAM | ) | CAUSE NO.: | **67C01-2108-CT-000383** |

| | |
|---|---|
| GAGE ZELLER, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LONE STAR INDUSTRIES, INC. | ) |
| d/b/a BUZZI UNICEM USA INC. | ) |
| Defendant. | ) |

### APPEARANCE BY ATTORNEYS IN A CIVIL CASE

Party Classification: Initiating: _____**X**_____ Responding: _____ Intervening: _____

1.     The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

### GAGE ZELLER

2.     Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | | |
|---|---|---|---|
| **NAME** | : | **John P. Daly Jr., Esq.** | **ATTORNEY NO.** : 11534-49 |
| **ADDRESS** | : | **GOLITKO & DALY, PC** | **TELEPHONE** : 317.566.9600 |
| | | **9450 N. Meridian St., Ste. 250** | **FACSIMILE** : 317.566.9606 |
| | | **Indianapolis, IN 46260** | |
| **EMAIL ADDRESS:** | | **john@golitkodaly.com** | |

3.     There are other party members: Yes ___ No __X__ (*If yes, list on continuing page.*)

4.     *If first initiating party filing this case*, the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3):_____CT_____

5.     I will accept service by fax at the above noted number:  Yes _____ No _X__

6.     This case involves support issues:  Yes _____ No __X__ (*If yes, supply social security numbers for all family members on continuing page.*)

7.     There are related cases:  Yes ____ No _X__ (*If yes, list on continuation page.*)

8.     This form has been served on all other parties.  Certificate of Service is attached:

Yes __X__ No ____.

9.      Additional information required by local rule: None.

Hereby submitted,

_/S/ John P. Daly Jr., Esq._____
John P. Daly Jr., Esq. #11534-49

**GOLITKO & DALY, PC**
9450 N. Meridian Street, Suite 250
Indianapolis, IN 46260
T:  (317) 566-9600
F:  (317) 566-9606
john@golitkodaly.com
***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the parties by attaching a copy to the Summons along with the Complaint filed herewith.

_/S/ John P. Daly Jr., Esq._____
John P. Daly Jr., Esq. #11534-49

2

**Putnam Circuit Court**

# S U M M O N S

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE PUTNAM _____ COURT NO. __ | |
| | )SS: | | |
| COUNTY OF PUTNAM | ) | CAUSE NO.: | **67C01-2108-CT-000383** |

| | |
|---|---|
| GAGE ZELLER, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LONE STAR INDUSTRIES, INC. | ) |
| d/b/a BUZZI UNICEM USA INC. | ) |
| Defendant. | ) |

**TO DEFENDANT:**   **Lone Star Industries, Inc.**
**d/b/a Buzzi Unicem USA, Inc.**
**c/o Corporation Service Company, Registered Agent**
**135 N. Pennsylvania Street, Ste. 1610**
**Indianapolis, IN 46204**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: ___8/3/2021_____        _____ (Seal)
                                                                          Clerk, Putnam County _____ Court

(The following manner of service of summons is hereby designated.)

| | |
|---|---|
| ___X___ | Registered or certified mail. –_____ |
| _____ | Service on individual - (Personal or copy) at above address. |
| _____ | Service at place of employment, to-wit: _____ |
| _____ | Service on agent. (Specify) _____ |
| _____ | Other Service. (Specify) _____ |

John P. Daly Jr., Esq. #11534-49
**GOLITKO & DALY, PC**
9450 N. Meridian Street, Ste. 250
Indianapolis, IN 46260
T:  (317) 566-9600 / F:  (317) 566-9606
john@golitkodaly.com
*Counsel for Plaintiff(s)*

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____day of _____, 2021:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____

_____.

(2) By leaving a copy, and mailing a copy of the Summons and a copy of the complaint at _____

_____ which is the dwelling place or usual place of abode of _____

_____ and mailing a copy;

(3) Other Service or Remarks:_____

_____          _____

Sheriff's Costs                              Sheriff

                    By:                      _____

                                             Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                             _____

                                             Clerk of the Putnam County _____ Court

Dated: _____, 2021.            By: _____

                                             Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____was accepted by on behalf of said defendant on the _____ day of _____, 2021.

                                             _____

                                             Clerk of the Putnam County _____ Court

                    By:                      _____

                                             Deputy

STATE OF INDIANA ) IN THE PUTNAM CIRCUIT COURT NO. 1
)SS:
COUNTY OF PUTNAM ) CAUSE NO.: 67C01-2108-CT000383

GAGE ZELLER, )
              Plaintiff, )
)
vs. )
)
LONE STAR INDUSTRIES, INC. )
d/b/a BUZZI UNICEM USA INC. )
            Defendant. )


## CERTIFICATE OF ISSUANCE OF SUMMONS

Comes now Plaintiff, by counsel, and pursuant Indiana Trial Rule 86(G)(2)(c), certifies

that summons has been issued upon Defendant as follows:

    1.      Defendant, Lone Star Industries, Inc., d/b/a Buzzi Unicem USA, Inc. by certified

            mail, return receipt requested, tracking number 7019 1120 0001 5128 0303 mailed

            on August 3, 2021, in care of Registered Agent, Corporation Service Company, 135

            N. Pennsylvania Street, Ste. 1610, Indianapolis, IN 46204.


                    Respectfully Submitted,



                    */S/ John P. Daly, Jr., Esq.*
                    John P. Daly, Jr., Esq. #11534-49

**GOLITKO & DALY, PC**
9450 N. Meridian Street, Suite 250
Indianapolis, IN 46260
T:  (317) 566-9600
F:  (317) 566-9606
john@golitkodaly.com
***Counsel for Plaintiff***

| STATE OF INDIANA | ) | IN THE PUTNAM CIRCUIT COURT NO. 1 |
|---|---|---|
| | )SS: | |
| COUNTY OF PUTNAM | ) | CAUSE NO.: 67C01-2108-CT000383 |

GAGE ZELLER,                                )
          Plaintiff,                      )
                                            )
vs.                                         )
                                            )
LONE STAR INDUSTRIES, INC.                  )
d/b/a BUZZI UNICEM USA INC.                 )
          Defendant.                      )

### NOTICE OF PROOF OF SERVICE
### ON DEFENDANT

COMES NOW, the Plaintiff, Gage Zeller, by counsel, and files herein Notice of Proof that

the Defendant, Lone Star Industries, Inc. d/b/a Buzzi Unicem USA, Inc. was served with the

Complaint, Summons, and Appearance in the above-captioned matter, on August 6, 2021, by

Certified Mail, in care of the Defendant's registered agent, Corporation Service Company 135 N.

Pennsylvania Street, Ste. 1610, Indianapolis, IN 46204. A copy of the certified mailing proof of

delivery is attached hereto, made a part hereof, and is marked as Exhibit "A."

Respectfully Submitted,

*/S/ John P. Daly, Jr., Esq.*
John P. Daly, Jr., Esq. #11534-49

**GOLITKO & DALY, PC**
9450 N. Meridian Street, Suite 250
Indianapolis, IN 46260
T:  (317) 566-9600
F:  (317) 566-9606
john@golitkodaly.com
***Counsel for Plaintiff***

EXHIBIT A



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lone Star Industries, Inc.
d/b/a Buzzi Unicem USA, Inc.
c/o Corporation Service Comp., RA
135 N Pennsylvania Str., Ste. 1610
Indianapolis, IN 46204

9590 9402 4422 8248 5332 61

2. Article Number *(Transfer from service label)*

7019 1120 0001 5128 0303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Mary Polens
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

AUG 0 6

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ ail
☐ ___ ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

STATE OF INDIANA      )     PUTNAM COUNTY CIRCUIT COURT
                  ) SS:
COUNTY OF PUTNAM     )     CAUSE NO. 67C01-2108-CT-000383

GAGE ZELLER              )
                           )
             Plaintiff      )
                           )
           vs.            )
                           )
LONE STAR INDUSTRIES, INC.    )
d/b/a BUZZI UNICEM USA INC.    )
                           )
            Defendant    )
_____ )

## APPEARANCE FORM (CIVIL)

1.     The party on whose behalf this form is being filed is:
     Initiating _____      Responding __X__      Intervening ____; and

     the undersigned attorney and all attorneys(s) listed on this form now appear in this case for the
     following parties:

     Name of party        **Lone Star Industries, Inc. d/b/a Buzzi Unicem USA Inc.**

2.     Attorney information for service as required by Trial Rule 5(B)(2)

| | | | |
|---|---|---|---|
| Name: | Louis J. Britton | Atty No.: | 27754-49 |
| Address: | One Indiana Square, Suite 300 | Phone: | 317-638-4521 |
| | 211 North Pennsylvania Street | Fax: | 317-636-5917 |
| | Indianapolis, Indiana  46204 | Email Address: | lbritton@k-glaw.com |

     Each attorney specified on this appearance:

     (a)      certifies that the contact information listed for him/her on the Indiana Supreme Court
               Roll of Attorneys is current and accurate as of the date of this Appearance;
     (b)      acknowledges that all orders, opinions, and notices from the court in this matter that are
               served under Trial Rule 86(G) will be sent to the attorney at the email address(es)
               specified by the attorney on the Roll of Attorneys regardless of the contact information
               listed above for the attorney; and
     (c)      understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact
               information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.     There are related cases: Yes ____        No _X__

4.      Additional information required by state or local rule:

KIGHTLINGER & GRAY, LLP

By     s/ *Louis J. Britton*
             Louis J. Britton (#27754-49)
             Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2021, the foregoing was served via the court's electronic filing system on:

John P. Daly, Jr
john@golitkodaly.com

s/ *Louis J. Britton*
Louis J. Britton

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana  46204
Telephone:  (317) 638-4521
Email:  lbritton@k-glaw.com

210334\61429794-1

STATE OF INDIANA       )     PUTNAM COUNTY CIRCUIT COURT
                               ) SS:
COUNTY OF PUTNAM    )     CAUSE NO. 67C01-2108-CT-000383

GAGE ZELLER              )
                            )
            Plaintiff    )
                            )
       vs.            )
                            )
LONE STAR INDUSTRIES, INC.  )
d/b/a BUZZI UNICEM USA INC.  )
                            )
         Defendant   )
_____ )

## **PETITION FOR EXTENSION OF TIME**

      Comes now Defendant, Lone Star Industries, Inc. d/b/a Buzzi Unicem USA Inc., by counsel, and respectfully requests the Court for an extension of time to file a responsive pleading to Plaintiff's Complaint.  In support of such petition, Defendant shows the Court as follows:

      1.    Plaintiff filed his Complaint on August 3, 2021.

      2.    Counsel for Defendant and Plaintiff have been in communication with each other prior to the filing of the Complaint and thereafter. An answer or otherwise responsive pleading would have been due to Plaintiffs' Complaint on or before August 29, 2021, however, counsel for Plaintiff agreed to a 30 day extension of time to Answer when such request was made on August 25, 2021 by Defendant's counsel.

      3.    Counsel for the Defendant will require an extension of time of 30 days, or to and including September 28, 2021, within which to prepare and file a responsive pleading to the Plaintiffs' Complaint.

      4.    That such extension of time is necessary in order to permit counsel time to investigate this matter, consult with his client, consult with other third-parties who are responsible for the defense, indemnity and coverage of Defendant and prepare an appropriate responsive pleading.

WHEREFORE, the Defendant, Lone Star Industries, Inc. d/b/a Buzzi Unicem USA Inc., respectfully requests the Court to extend the time to file a responsive pleading to Plaintiff's Complaint to and including September 28, 2021.

KIGHTLINGER & GRAY, LLP

By___s/ *Louis J. Britton*_____
   Louis J. Britton (#27754-49)
   Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2021, the foregoing was served via the court's electronic filing system on:

John P. Daly, Jr
john@golitkodaly.com

s/ *Louis J. Britton*_____
Louis J. Britton

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana  46204
Telephone:  (317) 638-4521
Email:  lbritton@k-glaw.com

STATE OF INDIANA      )     PUTNAM COUNTY CIRCUIT COURT
                        ) SS:
COUNTY OF PUTNAM     )     CAUSE NO. 67C01-2108-CT-000383

GAGE ZELLER           )
                        )
            Plaintiff     )
                        )
             vs.        )
                        )
LONE STAR INDUSTRIES, INC.   )
d/b/a BUZZI UNICEM USA INC.   )
                        )
           Defendant    )
_____ )

**F I L E D**

September 13, 2021

JJ

## <u>ORDER GRANTING PETITION FOR EXTENSION OF TIME</u>

       This cause came before the Court upon the petition of the Defendant for an extension of time to file a responsive pleading to the Plaintiff's Complaint, and the Court, having considered said petition and being duly advised in the premises, now GRANTS the same, and

       IT IS ORDERED by the Court that the Defendant may have an extension of time to and including September 28, 2021, within which to file a responsive pleading to the Plaintiff's Complaint.

       DATE  September 13, 2021

                             _____
                             JUDGE, Putnam Circuit Court

                                      JJ

Distribution will be made electronically
on all counsel of record

STATE OF INDIANA )        PUTNAM COUNTY CIRCUIT COURT
                      ) SS:
COUNTY OF PUTNAM )        CAUSE NO. 67C01-2108-CT-000383

GAGE ZELLER                     )
                                )
                 Plaintiff      )
                                )
        vs.                     )
                                )
LONE STAR INDUSTRIES, INC.      )
d/b/a BUZZI UNICEM USA INC.     )
                                )
                 Defendant      )
_____ )

## DEFENDANT'S ANSWER TO COMPLAINT

Comes now Defendant, Lone Star Industries, Inc. d/b/a Buzzi Unicem USA[1], by counsel, and for its answer to Plaintiff's Complaint, alleges and states:

1.      Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 1, and therefore denies them.

2.      Defendant admits that at relevant times hereto it was a foreign for-profit corporation with its principal office located at 100 Brodhead Road, Ste. 230, Bethlehem, PA 18017, and engaged in business in the County of Putnam, State of Indiana, doing business as Buzzi Unicem USA, with its registered agent located at Corporation Service Company, 135 N. Pennsylvania Street, Ste. 1610, Indianapolis, IN 46204.   Defendant denies any remaining allegations contained in paragraph 2.

3.      Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 3, and therefore denies them.

---

[1] Defendant notes that in the caption and throughout the Complaint that Plaintiff asserts that Defendant, Lone Star Industries, Inc. does business as Buzzi Unicem USA, Inc. and that is incorrect.  Defendant Lone Star Industries, Inc. does business as Buzzi Unicem USA.  The Complaint defines "Lone Star" as Lone Star Industries, Inc. d/b/a Buzzi Unicem USA, Inc. and to the extent the individual allegations of the Complaint refer or use the term Lone Star in such a manner, Defendant denies that it is correctly identified.

4.     Defendant denies the allegations contained in paragraph 4.  Defendant had a contract with NewJac Industrial Contractor for certain work and services more fully described by the contract between them.

## COUNT I

5.     Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 5, and therefore denies them.

6.     That the allegations contained in paragraph 6 of the Plaintiff's Complaint constitute a statement of law which will be determined by the court in this cause and any allegation therein inconsistent with that determination is hereby denied.

7.     Defendant denies the allegations contained in paragraph 7.

8.     Defendant denies the allegations contained in paragraph 8.

9.     Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 9, and therefore denies them.

10.     Defendant denies the allegations contained in paragraph 10.

WHEREFORE, Defendant, Lone Star Industries, Inc. d/b/a Buzzi Unicem USA Inc., prays that Plaintiff take nothing by way of his Complaint, for costs of this action, and for all other just and proper relief in the premises.

## COUNT II

11.     Defendant incorporates by reference and realleges as though fully set forth herein its answers to paragraphs 1 through 10 for answer to paragraph 11.

12.     That the allegations contained in paragraph 12 of the Plaintiff's Complaint constitute a statement of law which will be determined by the court in this cause and any allegation therein inconsistent with that determination is hereby denied.

2

13.     Defendant denies the allegations contained in paragraphs 13 and 13a-f.

14.     Defendant denies the allegations contained in paragraph 14.

15.      Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 15, and therefore denies them.

16.     Defendant denies the allegations contained in paragraph 16.

WHEREFORE, Defendant, Lone Star Industries, Inc. d/b/a Buzzi Unicem USA Inc., prays that Plaintiff take nothing by way of his Complaint, for costs of this action, and for all other just and proper relief in the premises.

## ADDITIONAL DEFENSES

1.     The fault of Plaintiff, including negligence, incurred risk and assumed risk, proximately caused or contributed to cause Plaintiff's alleged damages and by reason thereof, the compensatory damages alleged by the Plaintiff must be reduced by the percentage of the Plaintiff's comparative fault which bears to the total fault involved in the incident.

2.     The fault of the Plaintiff, including negligence, incurred risk, and assumed risk, proximately caused Plaintiff's alleged damages and was greater than fifty percent (50%) of the total fault involved in the incident.

3.     The injuries complained of by the Plaintiff may have been proximately caused or contributed to by the negligence and/or other fault of other persons or entities who are not parties to the present litigation, as well as other persons or entities over whom this Defendant has no control, right of control, or for whose actions Defendant was not responsible.  Pursuant to the Indiana Comparative Fault Act, Defendant's liability, if any, must be reduced by the proportion of fault attributed to any non-parties, including but not limited to, NewJac Industrial Contractor.

Defendant reserves the right to amend its Answer to further identify the above non-parties and/or to identify additional non-parties that become known through the parties' investigation and discovery.

4.      Plaintiff may have received partial and/or total satisfaction with regard to the damages complained of.

5.      Plaintiff may have failed to mitigate the damages complaint of.

6.      Plaintiff's damages should be reduced by the amount of any payments received from a collateral source.

7.      Plaintiff failed to state a claim upon which relief may be granted.

8.      Defendant reserves the right to assert any additional affirmative defenses as may be revealed in the course of discovery.

KIGHTLINGER & GRAY, LLP

By  s/ *Louis J. Britton*
             Louis J. Britton (#27754-49)
             Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 28, 2021, the foregoing was served via the court's electronic filing system on:

John P. Daly, Jr
john@golitkodaly.com

s/ *Louis J. Britton*
Louis J. Britton

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana  46204
Telephone:  (317) 638-4521
Email:  lbritton@k-glaw.com

210334\61430412-1                                                        4